RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/20/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **ALICIA WATSON** | **CIVIL ACTION 08-950** |
| **VERSUS** | **JUDGE HAIK** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE HANNA** |

## *JUDGMENT*

This matter was referred to United States Magistrate Judge Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** to the Commissioner for consideration of claimant's ADHD and learning disabilities throughout the sequential analysis, and for further development of the record regarding the claimant's alleged impairments.

Lafayette, Louisiana, this 19th day of April, 2010.

JUDGE RICHARD T. HAIK